

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

PATRICK ERWIN NORMAN      CIVIL ACTION NO. 2:12-CV-1595

VS.      SECTION P

KENNETH NAQUIN, ET AL      JUDGE MINALDI
     MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 11], and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the civil rights complaint be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) and LR 41.3.

Lake Charles, Louisiana, this the ___ day of _____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE